**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: |
| vs. | § § | PATENT CASE |
| KLIP XTREME, LLC | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**COMPLAINT**

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Complaint against Klip Xtreme, LLC ("Defendant" or "Klip") for infringement of United States Patent No. 9,300,723 (the " '723 Patent").

**PARTIES AND JURISDICTION**

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with a place of business at 1801 NE 123rd Street, Suite 314, North Miami, FL 33161.

4. On information and belief, Defendant is a Florida limited liability company with a principal office address of 454 Holiday Dr., Hallandale, FL 33009. On information and belief, Defendant may be served through its agent, CF Registered Agent, Inc., at 100 S. Ashley Dr., Suite 400, Tampa, FL 33602.

5. This Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to be a resident of this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,300,723)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '723 Patent with sole rights to enforce the '723 Patent and sue infringers.

11. A copy of the '723 Patent, titled "Enabling social interactive wireless communications," is attached hereto as Exhibit A.

12. The '723 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Defendant has infringed and continues to infringe one or more claims, including at least Claims 12, 14, 16, 17, and 20 of the '723 Patent by making, using, and/or selling media

systems covered by one or more claims of the '723 Patent. For example, Defendant makes, uses, and/or sells the BluFusion 2.1 channel speaker system with NFC and Bluetooth wireless technology (SKU:KWS-640), and any similar products ("Product"). Defendant has infringed and continues to infringe the '723 Patent in violation of 35 U.S.C. § 271.

14. Regarding Claim 12, the Product is configured to receive a media file (e.g., music file) from a wireless mobile device (e.g., mobile phone) over a communication network (e.g. Bluetooth network or NFC). The wireless mobile device (e.g., mobile phone) sends data (e.g., music file) to the media system. The wireless mobile device is a passive NFC device, whereas the media system is an active NFC device as it can receive the data during wireless transmission. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.klipxtreme.com/us_en/kws-640

> **Power up your music….experience unequalled sound**
> If you are looking for an audio experience you can only dream about, you will love the **Klip Xtreme® KWS-640**. This is a 2.1 speaker system that combines a bold design, Bluetooth® wireless technology and unmatched sound quality. Consisting
>
> *Bluetooth* and NFC enabled speaker system

Source: https://www.klipxtreme.com/us_en/downloads/dl/file/id/1390/kws_640_eng.pdf

> There are two different types of NFC: active and passive. Active NFC, which is currently used on many Android devices, as well as the new Apple devices, can send and receive data. One major use of NFC is storing and transferring contact or credit card information. With apps such as Google Wallet on Android phones, you can simply tap your device to pay at stores.
>
> Passive NFC, on the other hand, can only send data.

Source: https://thetartan.org/2014/9/15/scitech/howthingswork

15. The Product includes a wireless receiver (e.g., Bluetooth receiver). Certain aspects of this element are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> **Power up your music….experience unequalled sound**
> If you are looking for an audio experience you can only dream about, you will love the **Klip Xtreme® KWS-640**. This is a 2.1 speaker system that combines a bold design, Bluetooth® wireless technology and unmatched sound quality. Consisting



Bluetooth® ready

Source: https://www.klipxtreme.com/us_en/downloads/dl/file/id/1390/kws_640_eng.pdf

16. The Product includes a security measure (e.g., Bluetooth PIN). Certain aspects of

this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**Step 1: Pair**

1. Open your phone or tablet's Settings app ⚙.
2. Tap **Connected devices** > **Connection preferences** > **Bluetooth**. Make sure Bluetooth is turned on. If you don't see "Connection preferences," go to Step 3.
3. Tap **Pair new device**.
   Note: If you don't see "Pair new device," you're using a different Android version. Look under "Available devices." If needed, tap More ⋮ > **Refresh**.
4. Tap the name of the Bluetooth device you want to pair with your phone or tablet.
5. Follow any on-screen steps.
   **Tip:** If you need a passcode and don't have it, try 0000 or 1234 (the most common passcodes).

Source: https://support.google.com/android/answer/9075925?hl=en

17. The Product is disposed in an accessible relation to at least one interactive computer network (e.g., Bluetooth network) that has a wireless range structured to permit authorized access (e.g., via pairing code) to said at least one interactive computer network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

*Bluetooth* and NFC enabled speaker system

Source: https://www.klipxtreme.com/us_en/downloads/dl/file/id/1390/kws_640_eng.pdf

**Connectivity**

- Connection type: Bluetooth4.0, NFC and 3.5mm
- Memory card slot: SD and USB
- Wireless RF frequency: 2.4GHz-2.48GHz
- Wireless range: 49ft

Source: https://www.klipxtreme.com/us_en/kws-640

**Step 1: Pair**

1. Open your phone or tablet's Settings app ⚙.
2. Tap **Connected devices** > **Connection preferences** > **Bluetooth**. Make sure Bluetooth is turned on.
   If you don't see "Connection preferences," go to Step 3.
3. Tap **Pair new device**.
   Note: If you don't see "Pair new device," you're using a different Android version. Look under "Available devices." If needed, tap More ⋮ > **Refresh**.
4. Tap the name of the Bluetooth device you want to pair with your phone or tablet.
5. Follow any on-screen steps.
   **Tip:** If you need a passcode and don't have it, try 0000 or 1234 (the most common passcodes).

Source: https://support.google.com/android/answer/9075925?hl=en

18. When the wireless mobile device is within the wireless range, the wireless mobile device is detectable by the media system (e.g., the KWS-640 BluFusion automatically detects a smartphone with NFC when placed within NFC range). Data transmission through NFC is done by two devices: polling device and listening device. The polling device is the one that initiates the communication link and the listening device is the one that detects the signal. In the Product, the media system is the polling device and the wireless mobile device is the listening device. The media system (active NFC) is sending electromagnetic signals within a certain area. The mobile phone (passive NFC) detects the signals and the connection is established. As the electromagnetic signals are being initiated by the media system, the media system behaves as an initiator (polling device) and the mobile device phone behaves as a target (listening device). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**Connectivity**

- Connection type: Bluetooth4.0, NFC and 3.5mm
- Memory card slot: SD and USB
- Wireless RF frequency: 2.4GHz-2.48GHz
- Wireless range: 49ft

Source: https://www.klipxtreme.com/us_en/kws-640

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT KLIP XTREME, LLC | 6

- Easy connectivity: Bluetooth and NFC enabled for wireless and SD card, USB, and 3.5mm aux inputs for direct connectivity

Source: https://www.bjs.com/product/klip-xtreme-blufusion-21-channel-speaker-system-with-nfc-and-bluetooth/3000000000001478773



Source: https://www.klipxtreme.com/us_en/downloads/dl/file/id/1390/kws_640_eng.pdf

Stream Music from up to 33 Feet Away with the latest Bluetooth Technology or Connect via NFC (Near Field Communications) with NFC enabled Smartphones

Source: https://www.amazon.com/Klip-Subwoofer-112-Sub-NFC-BluetoothV4-micro-SD-2-Driver-LED/dp/B07772J1XG

**Reference Polling Device:**

When connected to a suitable signal generator and power amplifier, an NFC Forum reference polling device sends commands to a listening device. The response from a listening device can then be captured and analyzed by measurement equipment.

**Reference Listening Device:**

The NFC Forum reference listening device analyses the signal sent out by a polling device. For analyzing the frequency and wave-shapes of these signals, the NFC Forum reference listening device is equipped with an integrated sense coil.
The NFC Forum reference listening device can also send information back to a polling device, using various levels of load modulation generated using an external suitable signal source like an arbitrary waveform generator.

Source: https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma182/1MA182_5E_NFC_WHITE_PAPER.pd

> NFC has many uses, but how does it work? According to the blog Android Authority, NFC is just another wireless transmission standard. But unlike Bluetooth or Wi-Fi, it is able to send information passively. <u>It does this by using a process called electromagnetic induction. When an active NFC component comes near a passive component, the active component's electromagnetic field causes small currents to flow through the passive part. The generated power allows the passive NFC to send data whenever the active part is nearby.</u> Close proximities allow for a stronger electromagnetic field to affect the NFC, which is why most devices need to be so close to each other to transfer valuable information.

Source: https://thetartan.org/2014/9/15/scitech/howthingswork

19. At least one digital media file (e.g., music file) is initially disposed on the wireless mobile device (e.g., the mobile phone includes one or more music files). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**Power up your music....experience unequalled sound**
<u>If you are looking for an audio experience you can only dream about, you will love the **Klip Xtreme® KWS-640**</u>. This is a 2.1

Source: https://www.klipxtreme.com/us_en/downloads/dl/file/id/1390/kws_640_eng.pdf

<u>Stream Music from up to 33 Feet Away with the latest Bluetooth Technology or Connect via NFC (Near Field Communications) with NFC enabled Smartphones</u>

Source: https://www.amazon.com/Klip-Subwoofer-112-Sub-NFC-BluetoothV4-micro-SD-2-Driver-LED/dp/B07772J1XG

20. The media system is structured to detect the wireless mobile device disposed within the wireless range (e.g., KWS-640 BluFusion speaker automatically detects the mobile phone when placed within NFC range). The media system (active NFC) sends electromagnetic signals within a certain area. The mobile phone (passive NFC) detects the signals and the connection is established. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

- Easy connectivity: Bluetooth and NFC enabled for wireless and SD card, USB, and 3.5mm aux inputs for direct connectivity

Source: https://www.bjs.com/product/klip-xtreme-blufusion-21-channel-speaker-system-with-nfc-and-bluetooth/3000000000001478773



Source: https://www.klipxtreme.com/us_en/downloads/dl/file/id/1390/kws_640_eng.pdf

To connect the speaker to a phone



1. **Speaker**: Set the switch to the centre of the speaker.
2. **Phone**: Make sure that your phone has the NFC function turned on and that the screen is active.
3. **Phone**: Place your phone on the speaker's NFC detection area. When the devices connect, the Bluetooth™ indicator stops flashing and it remains lit while the devices are connected.

Source: https://support.sonymobile.com/global-en/wirelessspeakersrsbtv5brazil/faq/how-do-i-connect-my-speaker-to-a-phone-using-nfc-1/#gref

NFC has many uses, but how does it work? According to the blog Android Authority, NFC is just another wireless transmission standard. But unlike Bluetooth or Wi-Fi, it is able to send information passively. It does this by using a process called electromagnetic induction. When an active NFC component comes near a passive component, the active component's electromagnetic field causes small currents to flow through the passive part. The generated power allows the passive NFC to send data whenever the active part is nearby. Close proximities allow for a stronger electromagnetic field to affect the NFC, which is why most devices need to be so close to each other to transfer valuable information.

Source: https://thetartan.org/2014/9/15/scitech/howthingswork

    21.    A communication link (e.g., NFC) is structured to dispose the media system (KWS-640 BluFusion) and the wireless mobile device (e.g. mobile phone) in a communicative relation with one another via the at least one interactive computer network. Certain aspects of

this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.klipxtreme.com/us_en/downloads/dl/file/id/1390/kws_640_eng.pdf



Source: https://support.sonymobile.com/global-en/wirelessspeakersrsbtv5brazil/faq/how-do-i-connect-my-speaker-to-a-phone-using-nfc-1/#gref

22. The communication link is initiated by the media system (e.g., the media system sends electromagnetic signals which are detected by the mobile phone). Certain aspects of this element are illustrated in the screenshots provided in connection with other allegations herein.

23. The wireless mobile device and the media system are structured to transmit the at least one digital media file there between via the communication link (e.g., KWS-640 BluFusion speaker allows for the transmission of files between itself and the wireless mobile device; e.g., the mobile device transmits the music file to the media system). Certain aspects of this element are illustrated in the screenshots provided in connection with other allegations herein.

24. The communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system (e.g., the KWS-640 BluFusion speaker bypasses the security measure (e.g., PIN-based pairing process) of the Bluetooth network using the NFC). Certain aspects of this element are illustrated in the screenshots provided in connection with other allegations herein.

25. Regarding Claim 14, the transmission of the at least one digital media file from the wireless mobile device to the media system completely bypasses the security measure (e.g., the Wi-Fi security settings such as encryption or password requirements are completely bypassed for the purpose of transmitting the digital media file). Certain aspects of this element are illustrated in the screenshots provided in connection with other allegations herein.

26. Regarding Claim 16, the media system is an audio system.

27. Regarding Claim 17, the communication link is a Bluetooth connection.

28. Regarding Claim 20, the digital media file is provided by the wireless mobile device.

29. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

30. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

31. Plaintiff is in compliance with 35 U.S.C. § 287.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,300,723 (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: July 26, 2019

Respectfully submitted,

Sand, Sebolt & Wernow Co., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow B.C.S.
(Trial Counsel)
Florida Bar No.:  107560
Sand, Sebolt & Wernow Co., LPA
4940 Munson Street NW
Aegis Tower - Suite 1100
Canton, OH 44718
330-244-1174
Fax: 330-244-1173
Email: howard.wernow@sswip.com

*Board Certified in Intellectual Property Law*

Together with:

**JAY JOHNSON**
Texas State Bar No. 24067322
**D. BRADLEY KIZZIA**
Texas State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

(*pro hac vice forthcoming*)

Case 0:19-cv-61897-AHS Document 1 Entered on FLSD Docket 07/26/2019 Page 14 of 14