**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **KLIP XTREME, LLC,** <br><br> Defendant. | **Civil Action No. 0:19-CV-61897-SMITH** |

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

The Plaintiff, DISPLAY TECHNOLOGIES, LLC, a Florida limited liability company, by and through the undersigned counsel, pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby submit its Certificate of Interested Parties and Corporate Disclosure Statement.

**I. INTERESTED PERSONS**

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

a. Kizzia Johnson PLLC (Plaintiff's outside counsel)

b. Sand, Sebolt & Wernow Co., LPA (Plaintiff's outside counsel)

c. Patent Asset Management, LLC (Plaintiff's consultant)

**II. CORPORATE DISCLOSURE STATEMENT**

1. The Plaintiff, DISPLAY TECHNOLOGIES, LLC, hereby certifies that there are no parent corporations and/or any publicly held corporation owning 10% or more of its stock.

Dated: September 12, 2019                                Respectfully submitted,

*/s/Howard L. Wernow*
Howard L. Wernow B.C.S.
(Trial Counsel)
Florida Bar No.:  107560
Sand, Sebolt & Wernow Co., LPA
4940 Munson Street NW
Aegis Tower - Suite 1100
Canton, OH 44718
330-244-1174
Fax: 330-244-1173
Email: howard.wernow@sswip.com

*Board Certified in Intellectual Property Law*
*By the Florida Bar*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that all counsel of record for Defendant are being served with a copy of this document via electronic mail on September 12, 2019.

                                    */s/Howard L. Wernow*
                                    Howard Wernow, B.C.S.