IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § |
| Plaintiff, | § Case No: 0:19-cv-61897-RS |
| vs. | § PATENT CASE |
| KLIP XTREME, LLC, | § JURY TRIAL DEMANDED |
| Defendant. | § |

**PLAINTIFF DISPLAY TECHNOLOGIES, LLC's ANSWER TO COUNTERCLAIMS OF KLIP XTREME, LLC**

Now comes Plaintiff, Display Technologies, LLC ("Display"), by and through the undersigned counsel and hereby respectfully submits its Answer to the Counterclaims asserted by Defendant, Klip Xtreme, LLC ("Klip") in its Answer to Plaintiff's Complaint ("Answer").

**KLIP XTREME, LLC'S COUNTERLCLAIMS**

**PARTIES**

1. Upon information and belief, Display admits paragraph 1 of Klip's Counterclaims.

2. Display admits paragraph 2 of Klip's Counterclaims.

**JURISDICTION**

3. Display incorporates by reference herein its answers to paragraphs 1-2 above.

4. Display admits the allegations contained in paragraph 4 of Klip's Counterclaims.

5. Display admits the allegations contained in paragraph 5 of Klip's Counterclaims.

6. Display admits that venue is proper in this district. Display denies the remaining allegations contained in paragraph 6 of Klip's Counterclaims.

## COUNT I
## DECLARATION REGARDING NON-INFRINGEMENT

7. Display incorporates by reference herein its answers to paragraphs 1-6 above.

8. Display admits that an actual controversy has arisen and now exists between Display and Klip regarding the infringement of U.S. Patent 9,300,723 ("the '723 Patent").

9. Display denies the allegations contained in paragraph 9 of Klip's Counterclaims.

10. Display denies the allegations contained in paragraph 10 of Klip's Counterclaims.

11. Display admits that Klip seeks a declaratory judgment that it has not infringe the '723 Patent.

## COUNT II
## DECLARATION REGARDING INVALIDITY

12. Display incorporates by reference herein its answers to paragraphs 1-11 above.

13. Display admits that an actual controversy has arisen and exists between the parties regarding the validity of the '723 Patent.

14. Display denies the allegations contained in paragraph 14 of Klip's Counterclaims.

15. Display denies the allegations contained in paragraph 15 of Klip's Counterclaims.

16. Display admits that Klip seeks a declaratory judgment that the '723 Patent is invalid.

## PRAYER FOR RELIEF

To the extent that any response is required to the Prayer for Relief, Display denies that Klip is entitled to judgment or any of the relief it has requested.

Dated: November 14, 2019                     Respectfully submitted,

                  */s/ Howard L. Wernow*
                  Howard L. Wernow
                  Florida Bar No.:  107560
                  Sand, Sebolt & Wernow Co., LPA
                  4940 Munson Street NW
                  Aegis Tower - Suite 1100
                  Canton, OH 44718
                  Phone:  330-244-1174
                  Fax: 330-244-1173
                  Email: howard.wernow@sswip.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 14, 2019.

> */s/ Howard L. Wernow*
> Howard L. Wernow