## N THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § |
| Plaintiff, | § Case No: 0:19-cv-61897-RS |
| vs. | § PATENT CASE |
| KLIP XTREME, LLC | § JURY TRIAL DEMANDED |
| Defendant. | § |

## JOINT MOTION TO DISMISS

Under Federal Rule of Civil Procedure 41, the parties hereby move the Court to dismiss all of Plaintiff's claims against Klip Xtreme, LLC WITH PREJUDICE and to dismiss all of Defendant's claims against Plaintiff Display Technologies LLC WITHOUT PREJUDICE with each party to bear its own attorneys' fees and costs. The parties request that the Court enter the proposed order of dismissal submitted herewith.

Dated: February 7, 2020

Respectfully Submitted,

*/s/ Howard L. Wernow*
**Howard L. Wernow, B.C.S.**
Fla Bar No. 107560
Sand, Sebolt & Wernow Co., LPA
4940 Munson Street NW
Aegis Tower - Suite 1100
Canton, OH 44718
330-244-1174
Fax: 330-244-1173
Email: howard.wernow@sswip.com

*Bar Certified in Intellectual Property Law
By the Florida Bar*

**ATTORNEY FOR PLAINTIFF**

*/s/ Eleanor Trotman Barnett*
**Eleanor Trotman Barnett**
Waldman Barnett, P.L.
3250 Mary Street
Suite 102
Coconut Grove, FL 33133
305-371-8809
Fax: 305-448-4155
Email: ebarnett@waldmanbarnett.com

**ATTORNEY FOR DEFENDANT**