**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 19-cv-61897-SINGHAL

DISPLAY TECHNOLOGIES, LLC,

    Plaintiff,

v.

KLIP XTREME, LLC,

    Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court on the "Joint Motion to Dismiss" (DE [28]), filed on February 7, 2020. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** accordingly:

(1) Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** and Defendant's claims against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own fees and costs.

(2) The Clerk of Court is directed to **CLOSE** the file. Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of February 2020.

_____
**RAAG SINGHAL**
**UNITED STATES DISTRICT JUDGE**

Copies to counsel via CM/ECF